IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELKINO DENARDO DAWKINS,**

    **Plaintiff,**

v.                                       **CASE NO. 4:12-cv-477-RS-CAS**

**FLORIDA STATE MENTAL HOSPITAL,**

    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Amended Report and Recommendation (Doc. 7). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted and because Plaintiff failed to provide a valid mailing address.

3. The clerk is directed to close the file.

**ORDERED** on November 8, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**